IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CANTON)

| | |
|---|---|
| *In re the Bankruptcy of:* | CHAPTER 7 |
| **KEVIN M. COFFEY,** | CASE NO. 21-60237-rk |
| *Debtor.* | JUDGE: RUSS KENDIG |
| | NOTICE OF APPEARANCE AND REQUEST FOR NOTICES |

Please take notice that Rebecca J. Sremack of Sremack Law Firm LLC hereby enters her appearance on behalf of Heather Vacha-Dunlap, who is a creditor and an individual with whom the Debtor has an executory contract, to wit: a contract for the purchase of residential real estate.

Pursuant to Fed. R. Bankr. P. 2002(g), the undersigned respectfully requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, also be given to and served as follows:

Rebecca J. Sremack
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Phone: 330.644.0061
Fax: 330.644.7241
info@sremacklaw.com

Dated: March 9, 2021

Respectfully submitted,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Phone: 330.644.0061
Fax: 330.644.7241
info@sremacklaw.com
*Counsel for Heather Vacha-Dunlap*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2021, a true and accurate copy of the foregoing *Notice of Appearance and Request for Notices* was served:

Via the Court's electronic case filing (ECF) system upon those parties indicated on the Court's electronic mail notice list:

    Debtor's attorney, Vance P. Truman: medinaatty@vancetruman.com

    Trustee, Lisa M. Barbacci: barbaccitrustee@gmail.com

    /s/ Rebecca J. Sremack
    Rebecca J. Sremack #0092313
    *Counsel for Heather Vacha-Dunlap*

2

21-60237-rk    Doc 8    FILED 03/09/21    ENTERED 03/09/21 16:45:59    Page 2 of 2